No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

VALENTINE v. VALENTINE. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Elizabeth A. Valentine against John H. Valentine. No opinion. Motion denied, without costs. Order filed. See, also, 140 N. Y. Supp. 1149.

VALENTINE, Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Elizabeth A. Valentine against John H. Valentine. H. S. Sayers, of New York City, for appellant. A. W. Otis, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed. See, also, 140 N. Y. Supp. 1149.

VAN BUREN & NEW YORK BILLPOSTING CO., Respondent, v. C. J. SULLIVAN ADVERTISING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by the Van Buren & New York Billposting Company against the C. J. Sullivan Advertising Company. M. L. Stovey, of New York City, for appellant. C. O. Maas, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 60 Misc. Rep. 338, 113 N. Y. Supp. 450.

VAN DUSEN, Respondent, v. NORTHWESTERN MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Anna B. Van Dusen, as administratrix, etc., against the Northwestern Mutual Life Insurance Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to abide the event. Held that, under the most favorable construction of the evidence as limited in the charge of the court, plaintiff failed to establish actionable negligence against the defendant.

VAN KIRK, Respondent, v. FIRST SOCIETY OF METHODIST EPISCOPAL CHURCH IN VILLAGE OF GENEVA, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by Mark L. Van Kirk against the First Society of the Methodist Episcopal Church in the Village of Geneva, N. Y. No opinion. Judgment and order affirmed, with costs. See, also, 152 App. Div. 951, 137 N. Y. Supp. 1147.

VAN OSTRAND, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Enid D. Van Ostrand, an infant, etc., against the New York Central & Hudson River Railroad Company.

No opinion. Judgment and order affirmed, with costs.

VAN TASSELL, Respondent, v. KNOLL, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Charles Van Tassell against Peter W. Knoll. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

In re VAUSE. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of the application of W. Bernard Vause to have issued to him certificate of stock of the Café Raub, Incorporated. No opinion. Order reversed on argument, with $10 costs and disbursements, and case remitted to the Special Term for the appointment of a referee to take proof of the facts and to report to that court. Settle order before Mr. Justice Burr.

VOLCK, Respondent, v. VOLCK, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Lillian Volck against Adelbert Volck. J. J. Kirby, of New York City, for appellant. L. J. Morrison, of New York City, for respondent. No opinion. Order reversed, and motion denied, on Lake v. Lake, 194 N. Y. 182, 87 N. E. 87. Order filed.

WAIXEL, Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Lionel D. Waixel against the City of Mt. Vernon. No opinion. Judgment and order of the City Court of Mt. Vernon unanimously affirmed, with costs.

In re WAKEFIELD. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) In the matter of the application of Edwin R. Wakefield for admission to the bar. No opinion. Application granted.

WALCH, Appellant, v. McDERMOTT DAIRY CO., Respondent. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by Lina Walch, as administratrix, etc., against the McDermott Dairy Company. T. J. O'Neill, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WALKER, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Jerome Walker against the Board of Education of the City of New York. No opinion. Judgment affirmed, with costs.

WALLACE, Respondent, v. PEOPLE'S GAS & ELECTRIC CO., Appellant. (Supreme

Court, Appellate Division, Fourth Department. March 26, 1913.) Action by Robert R. Wallace against the People's Gas & Electric Company. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Held, that upon the record it does not appear that the examination is necessary to enable the plaintiff to frame his complaint.

WEBER, Respondent, v. KUSKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by August Weber against Joseph Kuske and another. No opinion. Judgment and order unanimously affirmed, with costs.

WEEKS v. RODISI HOLDING CO. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Florence R. Weeks against the Rodisi Holding Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 140 N. Y. Supp. 1150.

WEEKS v. RODISI HOLDING CO. et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Action by Florence R. Weeks against the Rodisi Holding Company and others.

PER CURIAM. Motion granted, so far as to allow appellant to insert in the printed papers as filed the statement required by rule 41 of the General Rules of Practice, and to allow appellant to serve notice of argument for such day as he deems proper. Settle order on notice. See, also, 140 N. Y. Supp. 1150.

WEIGL, Appellant, v. PRENDERGAST, Comptroller, Respondent. (Supreme Court, Appellate Division, Second Department. February 21, 1913.) Action by John Weigl against William A. Prendergast, as Comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

WEIL, Respondent, v. WEBENDORFER, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Carl Weil against Henry Webendorfer.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground of error in the admission of evidence as to the vicious nature of defendant's horse; the action having been brought for a breach of contract, and not in tort. See Kent v. Standard Oil Co., 138 App. Div. 502, 122 N. Y. Supp. 1047.

WESTERN COMMERCIAL TRAVELERS' ASS'N v. LANGEHEINEKEN et al. (Supreme Court, Appellate Division, First Department. February 21, 1913.) Action by the Western Commercial Travelers' Association against Edward W. Langeheineken and Babette Langeheineken. H. B. Walmsley, of New York City, for appellant. W. C. Rosenberg, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 142 App. Div. 939, 127 N. Y. Supp. 1149.

WIESER et al., Appellants, v. WILLIAM GUGGOLZ CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Jonas Wieser and another against the William Guggolz Construction Company. L. Rosenberg, of New York City, for appellants. J. Rosenzweig, of New York City, for respondent. No opinion. Order modified, as stated in order, and, as modified, affirmed, without costs. Order filed.

WILE et al., Appellants, v. MOORE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Mayer Wile and others against William Moore and another.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

WISE, Respondent, v. LAW REPORTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 12, 1913.) Action by James B. Wise against the Law Reporting Company. No opinion. Order affirmed, without costs. See, also, 139 N. Y. Supp. 1150.

WISHNOFSKY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Fannie Wishnofsky against the City of New York. W. E. C. Mayer, of Brooklyn, for appellant. C. Steckler, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

WOOD v. MILLER et al. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Robert H. Wood against Romanta T. Miller and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 78 Misc. Rep. 377, 138 N. Y. Supp. 562.

WOOD et al., Respondents, v. WISE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Wilbur B. Wood and others against Charles C. Wise and others. No opinion. Motion granted. Settle order before Mr. Justice Rich. See, also, 153 App. Div. 918, 138 N. Y. Supp. 1150.

WOODCOCK v. CANNARIATO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Daniel Woodcock against Salvatore Cannariato. No opin-